**Howard D. FRAZIER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 68192.

Missouri Court of Appeals,
Western District.

April 15, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 2008.

Steven B. Willibey, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before VICTOR C. HOWARD, C.J., LISA WHITE HARDWICK, and JAMES EDWARD WELSH, JJ.

## ORDER

PER CURIAM.

Howard D. Frazier appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We affirm. Rule 84.16(b).